# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 12CR2545-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| JULIO CESAR LOPEZ-SIERRA (1), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the United States, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Julio Cesar Lopez-Sierra is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED:  December 14, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT